Savo, Inc., et al., Appellants, *v.* Palm Island Latin Quarter, Inc., Respondent.

Submitted May 16, 1949; decided May 26, 1949.

*Robert Halpern* for motion.
*William Gold* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.